UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

═══════════════════════════════════

UNITED STATES OF AMERICA, *ex rel*.
RENEE IFRAH,

          v.                                       ORDER
                                                05-CV-237

COMMUNITY HEALTH CENTER OF
BUFFALO, INC., et al.,

                                Defendants.

═══════════════════════════════════

          This case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(A).  On March 7, 2011, defendants filed a Suggestion of Death Upon the Record.   On June 17, 2011, Magistrate Judge Foschio filed a Report and Recommendation, recommending that the action against defendant James C. Cook should be dismissed.

          The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

          ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, the action against defendant James C. Cook is dismissed.  The Clerk of Court is directed to delete this defendant from the caption of the action.  This case is referred back to Magistrate Judge Foschio for further proceedings.

SO ORDERED.

_s/ Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: July 8, 2011